UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
FERNANDO HUATO CORIA,
Defendant.

Case No. 17-cr-00616-PJH-1

**ORDER DENYING REQUEST TO REVIEW TIME CREDIT CALCULATION**

Re: Dkt. No. 34

Before the court is the request of defendant Fernando Huato Coria, appearing pro se, to review the calculation of his earned time credit by the Bureau of Prisons (BOP). Dkt. no. 34. If defendant disputes the BOP's computation of jail credit, he must first seek relief from BOP. The court lacks authority to grant and compute prison credits. *United States v. Checchini*, 967 F.2d 348, 349 (9th Cir. 1992) (citing *United States v. Wilson*, 503 U.S. 329, 333 (1992) ("[W]e conclude that § 3585(b) does not authorize a district court to compute the credit at sentencing.")). A federal prisoner must exhaust his administrative remedies through the BOP before seeking judicial review of the computation of his sentence. *See Checchini*, 967 F.2d at 350. *See also Chua Han Mow v. United States*, 730 F.2d 1308, 1313-14 (9th Cir. 1984) ("The Bureau of Prisons has established an Administrative Remedy Procedure through which an inmate can seek formal review of a complaint which relates to any aspect of his imprisonment.") (citing 28 C.F.R. §§ 542.10–542.16 (1981)). A federal prisoner may then seek judicial review of the execution of the sentence, rather than challenging the propriety of the sentence itself, by way of a petition for a writ of habeas corpus under 28 U.S.C. § 2241, addressed to the

district court in the district where prisoner is confined. *See United States v. Giddings*, 740 F.2d 770, 772 (9th Cir. 1984).

Defendant has not demonstrated exhaustion of administrative remedies, or that pursuing administrative remedies would be futile. Furthermore, as defendant is currently confined at the Federal Correctional Institution in Otisville, New York, this court lacks jurisdiction over any challenge to the legality of his detention pursuant to § 2241. Accordingly, the request for review of the BOP's time credit computation is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: October 11, 2019

/s/ *Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge